**Dismissed and Memorandum Opinion filed November 1, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00634-CV

## MARATHON PETROLEUM COMPANY LP, Appellant

## V.

## CHERRY MOVING COMPANY, INC., Appellee

### On Appeal from the 405th District Court
### Galveston County, Texas
### Trial Court Cause No. 15-CV-1324

## M E M O R A N D U M    O P I N I O N

This appeal is from a judgment signed July 15, 2016. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On September 14, 2016, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.